Name & Address: Matt Olavi (SBN 265945)
Brian J. Dunne (SBN 275689)
OLAVI DUNNE LLP
800 Wilshire Blvd, Suite 320
Los Angeles, CA, 90017
Telephone: 213-516-7900

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ECLIPSE IP LLC, a Florida Limited Liability Company

PLAINTIFF(S)

v.

DELTA AIR LINES, INC., a Delaware Corporation

DEFENDANT(S).

CASE NUMBER

CV13-06647-DMG (FFMx)

**SUMMONS**

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Matt Olavi_____, whose address is Olavi Dunne LLP, 800 Wilshire Blvd, Suite 320, Los Angeles, CA, 90017_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated: SEP 11 2013

Clerk, U.S. District Court

By: MARILYN D_____
Deputy Clerk

(Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

CV-01A (10/11)                                    SUMMONS