1 | Matt Olavi, Esq. (Bar No. 265945)
   |    molavi@olavidunne.com
2 | Brian J. Dunne, Esq. (Bar No. 275689)
3 |    bdunne@olavidunne.com
4 | **OLAVI DUNNE LLP**
   | 800 Wilshire Blvd., Suite 320
5 | Los Angeles, California 90017
   | Telephone: (213) 516-7900
6 | Facsimile: (213) 516-7910
7 |
8 | *Attorneys for Plaintiff Eclipse IP LLC*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECLIPSE IP LLC, a Florida Limited Liability Company, | Case No. CV-13-6647-SJO(FFM) |
| Plaintiff, | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |
| v. | |
| DELTA AIR LINES, INC., a Delaware Corporation, | |
| Defendant. | |

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV13-6647-DMG (FFMx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DELTA AIR LINES, INC., a Deleware Corporation
was received by me on *(date)* 09/16/2013 .

☐ I personally served the summons on the individual at *(place)*
    on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Becky DeGeorge, Receptionist, CSC-Lawyers Incorporating Service, Inc., Agent , who is designated by law to accept service of process on behalf of *(name of organization)* DELTA AIR LINES, INC., a Delaware Corporation, at 2710 Gateway Oaks Drive, Suite 150, CA 95833 at 2:47 p.m. on *(date)* 09/16/2013 ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify):*

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/19/2013

                                                   *Server's signature*

                                 KERRY S. HINK, Registered Process Server
                                             *Printed name and title*

                                     Ace Attorney Service, Inc.
                     901 F Street, Suite 150, Sacramento, California 95814
                         Phone: 916-447-4000 / Fax: 916-447-8000
                      Registration #: 2009-33 / Sacramento County
                                             *Server's address*

Additional information regarding attempted service, etc:
In addition to the SUMMONS, the following documents were also served: COMPLAINT FOR PATENT INFRINGEMENT, TRIAL BY JURY DEMAND; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1); NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE OF RELATED CASES

*ECLIPSE IP LLC, etc. v. DELTA AIR LINES, INC., etc.*                                       *#1034887KS*